# Certificate of Registration

**EXHIBIT A**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-057-381**

**Effective date of registration:**

February 8, 2011

---

## Title

**Title of Work:** A-146

**Contents Titles:** A-146, B-150, N-56, S-136, W-46

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** Tom Hussey
  **Author Created:** photograph(s)

  **Citizen of:** United States           **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Tom Hussey
154 Express St., Dallas, TX, 75207, United States

## Rights and Permissions

**Name:** Tom Hussey
**Email:** me@tomhussey.com           **Telephone:** 214-741-4034
**Address:** 154 Express St.
Dallas, TX 75207  United States

## Certification

**Name:** Tom Hussey
**Date:** February 8, 2011

---

**Copyright Office notes:** Regarding title information: First title used to identify collection.

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 990-319

**Effective date of registration:**

June 8, 2009

---

### Title
- **Title of Work:** N-46

### Completion/Publication
- **Year of Completion:** 2009

### Author
- **Author:** Tom Hussey
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Tom Hussey
- 154 Express Street, Dallas, TX, 75207, United States

### Rights and Permissions
- **Organization Name:** TOM HUSSEY Photography, LLC
- **Name:** Tom Hussey
- **Email:** me@tomhussey.com
- **Telephone:** 214-741-4034
- **Address:** 154 Express Street
- Dallas, TX 75207 United States

### Certification
- **Name:** Tom Hussey
- **Date:** June 8, 2009
- **Applicant's Tracking Number:** N-46 Copyright

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 990-319**

Effective date of registration:

June 8, 2009

---

## Title
**Title of Work:** N-46

## Completion/Publication
**Year of Completion:** 2009

## Author
- **Author:** Tom Hussey
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Tom Hussey
154 Express Street, Dallas, TX, 75207, United States

## Rights and Permissions
**Organization Name:** TOM HUSSEY Photography, LLC
**Name:** Tom Hussey
**Email:** me@tomhussey.com
**Telephone:** 214-741-4034
**Address:** 154 Express Street
Dallas, TX 75207 United States

## Certification
**Name:** Tom Hussey
**Date:** June 8, 2009
**Applicant's Tracking Number:** N-46 Copyright

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 990-319

**Effective date of registration:**

June 8, 2009

---

### Title
**Title of Work:** N-46

### Completion/Publication
**Year of Completion:** 2009

### Author
- **Author:** Tom Hussey
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Tom Hussey
154 Express Street, Dallas, TX, 75207, United States

### Rights and Permissions
- **Organization Name:** TOM HUSSEY Photography, LLC
- **Name:** Tom Hussey
- **Email:** me@tomhussey.com
- **Telephone:** 214-741-4034
- **Address:** 154 Express Street
  Dallas, TX 75207 United States

### Certification
- **Name:** Tom Hussey
- **Date:** June 8, 2009
- **Applicant's Tracking Number:** N-46 Copyright

---

**Correspondence:** Yes

Page 1 of 1