# Exhibit “B”

(1) Facebook
facebook.com/Eldermovehelper/photos/pb.100054620491398.-2207520000./2155073161299574/?type=3
96 Super Common...
Cultivating corpora...
Microsoft Word - p...
Grammar2-FirstCon...
How to Teach IELTS:...
Gazdasági Igazgató...
62 Useful German F...
Government to lau...
00760018.jpg
Search Facebook
Elder Move Helper
September 6, 2021 ·
Happy Labor Day to all of our friends and clients. #packing #moving
6
Like
Comment
Share
Write a comment...
Activate Windows
Go to Settings to activate Windows.
Type here to search
HUN
3:03 PM
3/7/2023

(1) Facebook
facebook.com/Eldermovehelper/photos/pb.100054620491398.-2207520000./1913679375438955/
Click to go forward, hold to see history
Microsoft Word - p...
Grammar2-FirstCon...
How to Teach IELTS:...
Gazdasági Igazgató...
62 Useful German F...
Government to lau...
00760018.jpg
Search Facebook
This photo is from a post.
View post
Elder Move Helper
November 11, 2020 ·
Like
Comment
Share
Write a comment...
Activate Windows
Go to Settings to activate Windows.
Type here to search
HUN
3:04 PM
3/7/2023

(2) Facebook
facebook.com/photo/?fbid=1873860276087532&set=pb.100054620491398.-2207520000
96 Super Common...
Cultivating corpora...
Microsoft Word - p...
Grammar2-FirstCon...
How to Teach IELTS:...
Gazdasági Igazgató...
62 Useful German F...
Government to lau...
00760018.jpg
Search Facebook
This photo is from a post.
View post
Elder Move Helper
October 2, 2020 ·
Like
Comment
Share
Write a comment...
Activate Windows
Go to Settings to activate Windows.
Type here to search
HUN
3:19 PM
3/7/2023

Elder Move Helper
Like
Comment
Share
Write a comment...