**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

TOM HUSSEY PHOTOGRAPHY,
LLC,

      Plaintiff,

v.                                    Case No.   5:23-cv-736-MMH-PRL

ELDER MOVE HELPER, INC.,

      Defendant.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a preliminary pretrial conference on **THURSDAY, APRIL 4, 2024,** at **2:00 P.M.**, before the Honorable Marcia Morales Howard, United States District Judge.

The hearing will be held by video teleconferencing using Zoom. The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password.

Participants should dress in appropriate court attire and appear in front of an appropriate professional background. All persons are hereby reminded that pursuant to Local Rule 5.01, United States District Court, Middle District of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video." Violation of these

prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

DATE: March 18, 2024

FOR THE COURT:

By:   s/ Jodi L. Wiles  
      Deputy Clerk

ja
Copies to:
Counsel of Record