UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 5:23-cv-736-Howard/Lammens

TOM HUSSEY PHOTOGRAPHY, LLC,
    Plaintiff,

v.

ELDER MOVE HELPER, INC.,
    Defendant.

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

> Plaintiff is a serial copyright litigant, and the images at issue in this case have been litigated in numerous prior lawsuits. Attached as Exhibit A is a list of those copyright infringement cases. None have reached a contested judgment and at least two of which he settled for $750 and $1,000.[1]

☐ IS **NOT** related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

---

[1] Dep. Tr. of Tom Hussey, [ECF 30-1 at *26], Hussey v. Ngo, no. 1:18-cv-24059 (S.D. Fla. Mar. 14, 2019).

   /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Plaintiff*
