# Exhibit A

Exhibit A

Exhibit A

| Court | Case No. | Style (and link to uscourts.gov docket) | Date Filed | Date Terminated |
|---|---|---|---|---|
| txedc | 4:2024cv00092 | Tom Hussey Photography, LLC v. Avendelle Assisted Living LLC et al | 2/1/2024 | |
| flmdc | 5:2023cv00736 | Tom Hussey Photography, LLC v. Elder Move Helper, Inc. | 12/22/2023 | |
| paedc | 2:2023cv04852 | TOM HUSSEY PHOTOGRAPHY, LLC v. ACCUCARE HOME NURSING, INC. | 12/8/2023 | |
| txndc | 3:2023cv02150 | Tom Hussey Photography LLC v. Mylio LLC | 9/26/2023 | |
| nyedc | 2:2023cv03168 | Tom Hussey Photography, LLC v. Generations Home Care, Inc. | 4/26/2023 | 11/29/2023 |
| flndc | 3:2023cv03820 | TOM HUSSEY PHOTOGRAPHY LLC v. FIRST BAPTIST CHURCH OF GULF BREEZE INC | 2/10/2023 | 6/20/2023 |
| txedc | 5:2022cv00108 | Tom Hussey Photography, LLC v. Fannin County Hospital Authority | 8/24/2022 | 11/21/2022 |
| flsdc | 1:2022cv20416 | Tom Hussey Photography, LLC v. Reaves | 2/9/2022 | 9/27/2022 |
| mddc | 1:2022cv00307 | Tom Hussey Photography, LLC v. Egle House Assisted Living, LLC | 2/4/2022 | 5/2/2022 |
| flsdc | 0:2021cv62572 | TOM HUSSEY PHOTOGRAPHY, LLC v. CLAWSON-RULE | 12/28/2021 | 6/30/2022 |
| ncwdc | 3:2021cv00531 | Hussey v. True 180 Personal Training LLC et al | 10/4/2021 | 6/2/2022 |
| iasdc | 4:2021cv00216 | Hussey v. K. Renee Home, LLC et al | 7/19/2021 | 10/31/2022 |
| iasdc | 3:2021cv00062 | Hussey v. 8 One 8, L.L.C. | 7/15/2021 | 12/19/2022 |
| nysdc | 1:2021cv03514 | Tom Hussey Photography, LLC v. BDG Media, Inc. | 4/21/2021 | 11/10/2021 |
| laedc | 2:2021cv00684 | Tom Hussey Photography, LLC v. HEROfarm LLC | 4/2/2021 | 10/12/2021 |
| codc | 1:2021cv00277 | Tom Hussey Photography, LLC v. Morningstar Senior Living, LLC | 1/28/2021 | 6/7/2021 |
| candc | 4:2020cv08197 | Tom Hussey Photography LLC v. Family Matters In-Home Care LLC | 11/20/2020 | 12/3/2021 |
| candc | 4:2020cv08197 | Tom Hussey Photography LLC v. Family Matters In-Home Care LLC | 11/20/2020 | 12/3/2021 |
| paedc | 2:2020cv02554 | Tom Hussey Photography, LLC v. New Paradise Laboratories, Inc. | 5/30/2020 | 12/14/2020 |
| dedc | 1:2020cv00404 | Tom Hussey Photography, LLC v. BDG Media, Inc. | 3/20/2020 | 4/16/2021 |
| cacdc | 2:2020cv00721 | Tom Hussey v. Style Pantry, LLC et al | 1/23/2020 | 8/3/2020 |
| dcdc | 1:2019cv03030 | TOM HUSSEY PHOTOGRAPHY, LLC v. WALKER'S LEGACY | 10/10/2019 | 3/23/2020 |
| flsdc | 1:2019cv23461 | Hussey v. Positivemed, LLC | 8/19/2019 | 10/31/2019 |
| gamdc | 7:2019cv00044 | TOM HUSSEY v. DATA SOFTWARE SERVICES LLC | 3/18/2019 | 8/26/2019 |
| casdc | 3:2018cv02299 | Tom Hussey v. Unlimited Trading Company, Inc. et al | 10/3/2018 | 6/21/2019 |
| flsdc | 1:2018cv24059 | Hussey v. Ngo | 10/2/2018 | 3/21/2019 |
| cacdc | 2:2018cv07084 | Tom Hussey v. Chancellor Health Care, LLC et al | 8/15/2018 | 12/21/2018 |
| cacdc | 2:2018cv06928 | Tom Hussey v. Unlimited Trading Company, Inc. et al | 8/13/2018 | 10/2/2018 |
| gandc | 1:2018cv03751 | Tom Hussey Photography, LLC v. Cool Mom Picks LLC | 8/6/2018 | 1/28/2019 |
| nvdc | 2:2018cv01253 | Hussey v. Alan Jeskey Builders, Inc. | 7/9/2018 | 10/17/2018 |
| nysdc | 1:2018cv03788 | Tom Hussey Photography, LLC v. Footprints to Fitness, LLC | 4/28/2018 | 3/1/2019 |
| nysdc | 1:2018cv03781 | Tom Hussey Photography, LLC v. Villa Homemaker & Companions, LLC | 4/27/2018 | 6/5/2018 |
| miedc | 2:2018cv10316 | Hussey v. Glenn R. Matecun, P.C. | 1/26/2018 | 5/9/2018 |
| nysdc | 1:2017cv07711 | Hussey v. Devgan et al | 10/9/2017 | 4/3/2018 |
| codc | 1:2017cv00445 | Hussey v. McCleary | 2/17/2017 | 7/3/2018 |
| nysdc | 1:2016cv03767 | Hussey v. Sensitive Touch, Inc. | 5/19/2016 | 10/17/2017 |
| nysdc | 1:2016cv03767 | Hussey v. Sensitive Touch, Inc. | 5/19/2016 | 10/17/2017 |
| flndc | 1:2016cv00019 | HUSSEY V. COLLEGEVOX LLC, D/B/A GAINESVILLESCENE AND ORLANDOSCENE | 1/29/2016 | 4/12/2016 |