UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 5:23-cv-736-Howard/Lammens

TOM HUSSEY PHOTOGRAPHY, LLC,
    Plaintiff,

v.

ELDER MOVE HELPER, INC.,
    Defendant.

---

### DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, defendant, Elder Move Helper, Inc., makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **No such entity.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   **Not applicable. Plaintiff alleges this is a federal question case arising under the Copyright Act.**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   **Tom Hussey Photography, Inc. (plaintiff)**
   **Tom Hussey (believed to be the sole owner of plaintiff)**
   **Daniel DeSouza (plaintiff's attorney)**
   **Lauren Hausman (plaintiff's attorney)**
   **CopyCat Legal PLLC (plaintiff's counsel's law firm)**
   **Elder Move Helper, Inc. (defendant)**
   **Brent Cutlip (owner of Elder Move Helper, Inc.)**
   **Griffin C. Klema, Esq. (defense counsel)**
   **Klema Law, PL (defense counsel's firm)**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None.**

6. Identify each person arguably eligible for restitution:

   **None.**

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

　　　　　　　　　　　　　　　　　　　　/s/ Griffin Klema
　　　　　　　　　　　　　　　　　　　Griffin C. Klema, Esq.
　　　　　　　　　　　　　　　　　　　Fla. Bar No. 100279
　　　　　　　　　　　　　　　　　　　Griffin@KlemaLaw.com
　　　　　　　　　　　　　　　　　　　**Klema Law, P.L.**
　　　　　　　　　　　　　　　　　　　PO Box 172381
　　　　　　　　　　　　　　　　　　　Tampa, FL 33672
　　　　　　　　　　　　　　　　　　　420 W. Kennedy Boulevard
　　　　　　　　　　　　　　　　　　　Tampa, FL 33606

Telephone: 202-713-5292
*Attorney for Plaintiff*