# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| TOM HUSSEY PHOTOGRAPHY, LLC<br>v.<br>ELDER MOVE HELPER, INC. | CASE NO. 5:23-cv-736-MMH-PRL |
| <u>Counsel for Plaintiff:</u><br>Lauren Hausman<br>Daniel DeSouza | <u>Counsel for Defendant:</u><br>Griffin Klema |

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   PRELIMINARY PRETRIAL CONFERENCE (VIA ZOOM)

Brent Cutlip, owner of Elder Move Helper, Inc., was also present.

The parties shall have until **April 19, 2024**, to confer and prepare a proposed order to refer certain issues to the Register of Copyrights.

Defendant shall file its motion to stay discovery no later than **April 26, 2024**. Plaintiff shall respond in accordance with the Local Rules.

The entry of a Case Management and Scheduling Order and discovery are stayed until the Court resolves Defendant's forthcoming motion to stay pending a response from the Register of Copyrights.

Date: April 4, 2024          Time: 2:03 p.m. – 3:03 p.m.          Total: 1 Hour