THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:23-cv-00736-MMH-PRL

TOM HUSSEY PHOTOGRAPHY, LLC,

    Plaintiff,

v.

ELDER MOVE HELPER, INC.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Tom Hussey Photography, LLC ("Plaintiff") and defendant Elder Move Helper, Inc. ("Defendant"), being all parties that have entered an appearance in this case, hereby give notice that the parties have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days. The parties request that all deadlines be stayed pending the filing of a stipulation of dismissal.

Dated: April 19, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC | KLEMA LAW, PL |
| 3111 N. University Drive | PO Box 172381 |
| Suite 301 | Tampa, FL 33672 |

| | |
|---|---|
| Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com | 420 W. Kennedy Boulevard<br>Tampa, FL 33606<br>Telephone: (202) 713-5292<br>griffin@klemalaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| By: /s/ Daniel DeSouza_____<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.: 19291<br>    Lauren Hausman, Esq.<br>    Florida Bar No.: 1035947 | By: \_\_/s/ Griffin Klema_____<br>    Griffin Klema, Esq.<br>    Florida Bar No.: 100279 |