THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:23-cv-00736-MMH-PRL

TOM HUSSEY PHOTOGRAPHY,
LLC,

    Plaintiff,

v.

ELDER MOVE HELPER, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), defendant Elder Move Helper, Inc. gives notice that it and plaintiff Tom Hussey Photography, LLC, have reached a settlement in principle.

Plaintiff's counsel provided a signed joint notice of settlement to Elder Move, and Elder Move proceeded to countersign and file it. But after doing so, plaintiff's counsel objected—ostensibly on a concern that the Court may require the parties to file a dismissal with prejudice before the settlement can be executed. Elder Move is at a loss as to plaintiff's concern, and therefore withdraws the joint notice and files this unilateral notice—notice that it understands as being required by Rule 3.09(a) of the Local Rules of the Middle District of Florida.

Again, the parties are in the process of finalizing a written settlement agreement (which the parties' respective law firms have utilized in over a dozen lawsuits) and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: April 21, 2024.

        KLEMA LAW, PL
        PO Box 172381
        Tampa, FL 33672
        420 W. Kennedy Boulevard
        Tampa, FL 33606
        Telephone: (202) 713-5292
        griffin@klemalaw.com
        *Attorney for Defendant*

By: __/s/ Griffin Klema_____
    Griffin Klema, Esq.
    Florida Bar No.: 100279