UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TOM HUSSEY PHOTOGRAPHY, LLC,

    Plaintiff,

v.                                    Case No. 5:23-cv-736-MMH-PRL

ELDER MOVE HELPER, INC.,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Joint Notice of Settlement (Dkt. No. 16) filed on April 19, 2024, and Defendant's Notice of Settlement (Dkt. No. 17) filed on April 21, 2024 (collectively, "Notices"). In the Notices, the parties advise the Court that they have reached a settlement in this matter. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **June 24, 2024**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **June 24, 2024**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Chambers this 22nd day of April, 2024.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record