AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✖ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>USDC – Middle District of Florida |
|---|---|
| DOCKET NO.<br>5:23-cv-736-MMH-PRL | DATE FILED<br>December 22, 2023 | 401 W. Central Boulevard, Suite 1200<br>Orlando, FL 32801 |

| PLAINTIFF | DEFENDANT |
|---|---|
| TOM HUSSEY PHOTOGRAPHY, LLC | ELDER MOVE HELPER, INC. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ✖ Order    ☐ Judgment | ☐ Yes    ✖ No | April 22, 2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ELIZABETH M. WARREN | Estrella Melians | April 23, 2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TOM HUSSEY PHOTOGRAPHY, LLC,

    Plaintiff,

v.                                            Case No. 5:23-cv-736-MMH-PRL

ELDER MOVE HELPER, INC.,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Joint Notice of Settlement (Dkt. No. 16) filed on April 19, 2024, and Defendant's Notice of Settlement (Dkt. No. 17) filed on April 21, 2024 (collectively, "Notices"). In the Notices, the parties advise the Court that they have reached a settlement in this matter. Accordingly, it is hereby

**ORDERED:**

    1.     The parties shall have until **June 24, 2024**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **June 24, 2024**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Chambers this 22nd day of April, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record