IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:23-cv-00736-MMH-PRL

TOM HUSSEY PHOTOGRAPHY, LLC,

    Plaintiff,

v.

ELDER MOVE HELPER, INC.,

    Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Tom Hussey Photography, LLC and defendant Elder Move Helper, Inc., being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit.   The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated:  May 10, 2024.

| | |
|---|---|
| **COPYCAT LEGAL PLLC** | **KLEMA LAW, PL** |
| 3111 N. University Drive | PO Box 172381 |
| Suite 301 | Tampa, FL 33672 |
| Coral Springs, FL 33065 | 420 W. Kennedy Boulevard |
| Telephone: (877) 437-6228 | Tampa, FL 33606 |
| dan@copycatlegal.com | Telephone: (202) 713-5292 |
| lauren@copycatlegal.com | griffin@klemalaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

By: /s/ Daniel DeSouza       By: /s/ Griffin Klema
  Daniel DeSouza, Esq.         Griffin Klema, Esq.
  Florida Bar No.: 19291         Florida Bar No.: 100279
  Lauren Hausman, Esq.
  Florida Bar No.: 1035947