**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**


TOM HUSSEY PHOTOGRAPHY,
LLC,

       Plaintiff,

v.                             Case No.   5:23-cv-736-MMH-PRL

ELDER MOVE HELPER, INC.,

       Defendant.

_____/


# O R D E R   O F   D I S M I S S A L

     **THIS CAUSE** is before the Court on the Stipulation of Dismissal With

Prejudice (Dkt. No. 21; Stipulation) filed on May 10, 2024.   In the Stipulation,

the parties request dismissal of this matter with prejudice.   See Stipulation at

1.   Accordingly, it is hereby

     **ORDERED:**

     1.     This case is **DISMISSED with prejudice**.

     2.     Each party shall bear their own attorneys' fees and costs.

3.     The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Chambers this 14th day of May, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record